AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**21-51596**

Kathy Raydean Rodgers
NAME OF DEBTOR

CASE NO. _____

2275 Glynmoore Drive
ADDRESS

TELEPHONE NO. 678-467-3895

Lawrenceville, Georgia 30043
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES ☐    NO ☑

If someone did assist you, list their name and address:

Kathy Raydean Rodgers
NAME

2275 Glynmoore Drive
ADDRESS

Lawrenceville, Georgia 30043            678-467-3895
CITY, STATE, ZIP CODE                   TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES ☐   NO ☑   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:   YES ☐    NO ☑

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 25th day of February, 2021

_____        _____
NOTARY PUBLIC                    DEPUTY CLERK

F61 (psafdt) 04/04