UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NORTHERN DIVISION

IN RE: ) CASE NO.: 21-51596
Kathy Raydean Rodgers )
) CHAPTER 13
Debtor )

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE THE REQUIRED FORMS AND
## CHAPTER 13 PLAN

COMES NOW Kathy Raydean Rodgers and files this motion for an order to enlarge time to file the required Chapter 13 schedules.

On February 25, 2021, Kathy Raydean Rodgers filed for Chapter 13 Bankruptcy protection. The initial filing included the minimum filing of required forms. The enlargement of time is requested due to additional time needed to prepare and review the forms as well as Chapter 13 plan.

I, Kathy Raydean Rodgers understand that the bankruptcy rules require to file the additional forms and Chapter 13 plan within fourteen days from the initial Chapter 13 filing, and in this case to be filed by or on March 11, 2021, however being that I, Kathy Raydean Rodgers have never filed for bankruptcy before and due to the complexity of the forms and the plan and because I do not have an attorney representing me, I respectfully request an enlargement of time of thirty days to file the additional required forms and Chapter 13 Plan by or on Monday, April 12, 2021. The purposes of judicial economy will be served if the additional time is granted as requested herein.

The instant motion is timely filed as the current deadline as mentioned above is March 11, 2021, and also this is my first such request for enlargement/extension of time and believe no creditor will be prejudiced by this extension of time.

Respectfully submitted,

/s/ Kathy Raydean Rodgers
_____
Kathy Raydean Rodgers

Date: March 8, 2021

## Certificate of Service

I the undersigned hereby certify that the Motion for Enlargement of Time was served upon the following parties by regular mail on the date listed below.

| | |
|---|---|
| Mary Ida Townson | Joshua M. Ryden, |
| Chapter 13 Trustee | Padgett Law Group |
| 285 Peachtree Center Ave, NE | 6267 Old Water Oak Rd Ste. 203 |
| Suite 1600 | Tallahassee, FL 32312 |
| Atlanta, GA 30303 | Attorneys for Nationstar Mortgage LLC |

/s/Kathy Raydean Rodgers
_____
Kathy Raydean Rodgers

Date: March 8, 2021