DEED B: 58406 P: 00627
02/22/2021 04:00 PM Pgs: 6 Fees: $25.00

Tiana P Garner, Clerk of Superior Court
Gwinnett County, GA

ERECORDED
eFile Participant IDs: 0712390761,

**PREPARED BY:**

Kathy Raydean Rodgers
2275 Glynmoore Drive
Lawrenceville, Georgia 30043

Georgia, Gwinnett County
This is to certify this is a true and correct copy of Affidavit as the same appears of record in Gwinnett County Superior Court.
Given under my official signature and seal of the Court this ___ day of March 2021
Deputy Clerk Superior Court, Gwinnett County, Georgia

**AFTER RECORDING RETURN TO:**

Kathy Raydean Rodgers
2275 Glynmoore Drive
Lawrenceville, Georgia 30043

Space Above this Line for Recorder's Use

# Affidavit and Verified Claim in Support of Secured Interest in Real Property

ALL THAT LAND SITUATE IN GWINNETT COUNTY, LAWRENCEVILLE, GEORGIA viz:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 42 OF THE 7TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 65, BLOCK "A", UNIT TWO, GLYNWATER SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 60, PAGE 158, GWINNETT COUNTY RECORDS, WHICH RECORDED PLAT IS INCOROPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

Being that parcel of land conveyed to Kathy R. Rodgers from Richport Properties, Inc. by that deed dated 05/02/1995 and recorded 05/18/1995 in Deed Book 11314, at Page 312 of the GWINNETT County, GA Public Registry.

Tax Map Reference: R7042 057

# PUBLIC NOTICE TO ALL PUBLIC AND PRIVATE CONCERNS

## Secured Interest in Real Property

The undersigned has an Equitable, Secured Interest in the afore-described Real Property/Land and is itemized in the Affidavit below, which is part of this instrument. The undersigned's Equitable, Secured Interest exceeds $842,657.00.

**ALL PROSPECTIVE BUYERS BEWARE**, the undersigned's Equitable, Secured Interest in the afore-described Real Property/Land must be satisfied before any person can obtain good, clean Marketable Title to the afore-described real property. THIS DOCUMENT CONSTRUCTS A POSSESSORY INTEREST/LIEN AND A PRESERVATION OF EQUITY INTEREST IS HEREBY PLACED ON THE AFORE-DESCRIBED REAL PROPERTY, IN A FORM OF CLAIM OF LIEN TO EQUITABLE SECURED INTEREST.

## Duly Sworn Affidavit of Verified Claim in Support of Secured Interest in Real Property

**STATE OF GEORGIA** )
)
**GWINNETT COUNTY** )

I, the Affiant, who goes by the appellation, Kathy Raydean Rodgers, a living, breathing flesh-and-blood Woman, a Free Woman standing on Gwinnett County, Georgia the land, non-territorial to the United States as a result of Public Notice that Kathy Raydean Rodgers, an American State National, Authorized Representative and Beneficiary of the KATHY R. RODGERS TRUST, has exited any and all Territory and/or District(s) and Declared that she has entered the Union of Georgia State, being of sound mind, and over the age of twenty-one, knowingly and willingly Declares and Duly affirms, in accordance with laws of Georgia state, in good faith, that the following statements and facts, are true and correct of the Affiant's own

Case 21-51596-pwb   Doc 15-1   Filed 04/15/21   Entered 04/15/21 10:53:28   Desc
Affidavit attachment to Schedule A/B   Page 3 of 6

DEED BK 58408 PG 00629   02/22/2021 04:00 PM
21D023681 Page 3 of 6

First-Hand Knowledge, understanding, and belief, does hereby solemnly declare, and depose and say:

1. That I, Kathy Raydean Rodgers, am competent to state the matters set forth herein;

2. That I, Kathy Raydean Rodgers, have personal knowledge of the facts stated herein;

3. That I, Kathy Raydean Rodgers, declare that all the facts stated herein are true, correct, and certain, admissible as Evidence, and if called upon as a Witness I will testify to their Veracity;

4. That I, Kathy Raydean Rodgers, make this Duly Sworn Affidavit and Verified Claim in Support of Notice of Secured Interest in Real Property in compliance with all applicable laws;

5. That pursuant to the Senate Resolution 62, dated April 17, 1933, of the 73rd Congress, 1st Session, Document 43, known as Senate Document 43 on page thirteen has declared as follows:

   "The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government, i.e. law, amounting to mere user; and use must be in accordance with law, and subordinate to the necessities of the State."

5. That as a result I, Kathy Raydean Rodgers, have a Secured Interest in the following Property/Land commonly known as: 2275 Glynmoore Drive Lawrenceville, Georgia 30043, with a legal description of:

   ALL THAT LAND SITUATE IN GWINNETT COUNTY, LAWRENCEVILLE, GEORGIA viz:

   ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 42 OF THE 7TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 65, BLOCK "A", UNIT TWO, GLYNWATER SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 60, PAGE 158, GWINNETT COUNTY RECORDS, WHICH RECORDED PLAT IS INCOROPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

Being that parcel of land conveyed to Kathy R. Rodgers from Richport Properties, Inc. by that deed dated 05/02/1995 and recorded 05/18/1995 in Deed Book 11314, at Page 312 of the GWINNETT County, GA Public Registry.

Tax Map Reference: R7042 057

6. The following expenditures/improvements/maintenance were made from May 1995 to February 15, 2021, that created the Secured Possessory and Equitable Interest in the subject property/land:

| EXPENDITURE/ITEM/IMPROVEMENT | YEAR | COST | LABOR |
|---|---|---|---|
| Daily Upkeep/Maintenance | 1995-2021 | $136,500.00 | $0.00 |
| Installed Laminate Flooring | 2004 | $3,600.00 | $1,200.00 |
| Range | 2009 | $1,250.00 | $250.00 |
| Install Hot Water Heater | 2004 & 2011 | $4,800.00 | $1,200.00 |
| Exterior Trim Painting | 2016 | $1,200.00 | $450.00 |
| Interior Window Blinds | 2017 | $1,580.00 | $850.00 |
| Trim and Remove Trees | 2012 | $0.00 | $4,500.00 |
| Front and Rear Landscaping | 1995-2021 | $6,000.00 | $13,500.00 |
| Property Taxes | 1995-2020 | $138,987.50 | $0.00 |
| Property Insurance | 1995-2020 | $34,375.00 | $0.00 |
| 1995 Note | 1995 | $99,257.00 | $0.00 |
| 1995 Closing Costs | 1995 | $5,557.00 | $0.00 |
| 2003 Note | 2003 | $100,300.00 | $0.00 |
| Closing Costs 2003 | 2003 | $1,973.50 | $0.00 |
| 2006 Note | 2006 | $40,327.00 | $0.00 |
| TOTAL COSTS | | $575,707.00 | $0.00 |
| TOTAL LABOR | | | $21,950.00 |

| Real Estate Value of the Property | 2021 | | $245,000.00 |
|---|---|---|---|
| Grand Total | | | $842,657.00 |

7. That I, Kathy Raydean Rodgers, declare that I have Secured Possessory and Equitable Interest in the afore-described property in the amount of: **$842,657.00**;

8. That I, Kathy Raydean Rodgers, declare that I have used receipts where receipts were available and best estimates based on memory where receipts were lacking, or were so old as to have been destroyed;

9. That I, Kathy Raydean Rodgers, declare that I do NOT intent to abandon this Secured and Equitable Interest in the Real Property and the Real Property.

10. This Secured Possessory and Equitable Interest Total is subject to change upon the remembrance of the undersigned and upon the subsequent expenditures/improvements/ maintenance on said Property/Land.

**FURTHER AFFIANT SAITH NOT.**

I declare under the penalty of bearing false witness before Nature's God and Men as recognized under the laws in and for Georgia state, the Laws of the United States of America and the Law of Nations, acting with sincere intent, and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Kathy Raydean Rodgers executes this draft in accordance with my best knowledge and understanding without dishonor.

By: _____
Kathy Raydean Rodgers, Beneficiary

Date: February 22, 2021

Case 21-51596-pwb   Doc 15-1   Filed 04/15/21   Entered 04/15/21 10:53:28   Desc
Affidavit attachment to Schedule A/B   Page 6 of 6

DEED BK 58408 PG 00632 02/22/2021 04:00 PM
21D023681   Page 6 of 6

## In Witness Whereof,

_____
Witness Signature

Date: February 22, 2021

## Notary,

*Notice:* Use of Notary shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.

Subscribed and sworn to before me

22nd day of February , 2021

_____

SEAL: