UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NORTHERN DIVISION

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
APR 16 2021
Deputy Clerk*

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-51596 |
| Kathy Raydean Rodgers | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |

**OPPOSITION/REPLY TO CHAPTER 13 TRUSTEE'S
UNSIGNED OBJECTION TO CONFIRMATION**

COMES NOW Kathy Raydean Rodgers and files this opposition/reply to the Chapter 13 Trustee unsigned Objection to Confirmation of the Chapter 13 Plan (Doc 18) filed by Sonya Buckley Gordon, an Attorney for Chapter 13 Trustee for alleged failure to appear at the March 8, 2021, Creditor's Meeting.

On March 8, 2021, a Motion for enlargement of time was filed with the Court to file the required documents and the Confirmation Plan. On April 5, 2021, the Court granted the motion and specifically stated as follows:

"The Debtor's meeting of creditors is scheduled for April 8, 2021, and without the filing of these documents, <u>the meeting cannot proceed</u>. It is

ORDERED that the Debtor shall file the chapter 13 plan, schedules, statement of financial affairs, and other documents required by 11 U.S.C. § 521 within **14 days** of the entry date of this order." [emphases added]

The Order clearly states that without filing the documents required under 11 U.S.C. 521, "the meeting cannot proceed." It is unclear why the Chapter 13 Trustee and or its attorney has decided to ignore the part of the order "the meeting cannot proceed." and decided to take the drastic measure and file the instant unsigned objection to confirmation and is asking for a dismissal of the case and/or convert the case to Chapter 7.

The required documents were timely filed on April 15, 2021, well within the allowed by the Court time. The Court is respectfully requested to Overrule the objection as baseless.

Page 1 of 2

        Respectfully submitted,

/s/Kathy Raydean Rodgers
Kathy Raydean Rodgers

Date: April 16, 2021

## Certificate of Service

I the undersigned hereby certify that the Opposition/reply to the Objection to Confirmation was served upon the following parties by regular mail on the date listed below.

| | |
|---|---|
| Mary Ida Townson | Joshua M. Ryden, |
| Chapter 13 Trustee | Padgett Law Group |
| 285 Peachtree Center Ave, NE | 6267 Old Water Oak Rd Ste. 203 |
| Suite 1600 | Tallahassee, FL 32312 |
| Atlanta, GA 30303 | Attorneys for Nationstar Mortgage LLC |

/s/Kathy Raydean Rodgers
Kathy Raydean Rodgers

Date: April 16, 2021